

**LAWRENCE S. KRASNER**
DISTRICT ATTORNEY

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
(215) 686-8000

May 26, 2026

The Honorable Lynne A. Sitarski
United States Magistrate Judge
3015 United States Courthouse
601 Market Street
Philadelphia, PA 19106

  RE: Scott Bishop v. Barry Smith, et al., No. 22-cv-1186

Dear Judge Sitarski,

  Pursuant to the Court's order, ECF No. 25, Respondents report on the status of Petitioner Scott Bishop's pending state court proceedings. Petitioner's federal proceedings are stayed pending the conclusion of his PCRA proceedings. Petitioner is currently appealing the denial of his PCRA petition in the Superior Court of Pennsylvania. Petitioner filed his appellant brief on September 4, 2025, and the Commonwealth filed their Appellee brief on January 26, 2026. *See* Appeal Docket Sheet, *Commonwealth v. Bishop,* No. 183 EDA 2025. This matter is still undergoing review by the Superior Court. Please let me know if you require any additional information.

       Respectfully submitted,

          /s/

       PETER F. ANDREWS
       Supervisor, Federal Litigation Unit
       Philadelphia District Attorney's Office
       Three South Penn Square
       Philadelphia, PA 19107
       Email: peter.andrews@phila.gov
       (215) 686-8000

## CERTIFICATE OF SERVICE

I, Peter F. Andrews, hereby certify that on May 26, 2026, I served a copy of this response by placing it, first-class postage prepaid, in the United States mail addressed to:

> Mr. Scott Bishop[1]
> 40 East Armat Street, Apt. 201
> Philadelphia, PA 19144

/s/
_____
PETER F. ANDREWS
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov
(215) 686-8000

---

[1] Respondents have confirmed with the PA Department of Probation and Parole that this is Mr. Bishop's current address, rather than the previous given address of 915 East Slocum Street, Philadelphia, PA 19150

2