

**LAWRENCE S. KRASNER**
DISTRICT ATTORNEY

**DISTRICT ATTORNEY'S OFFICE**
THREE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107
(215) 686-8000

July 14, 2026

The Honorable Lynne A. Sitarski
United States Magistrate Judge
3015 United States Courthouse
601 Market Street
Philadelphia, PA 19106

  RE: Scott Bishop v. Barry Smith, et al., No. 22-cv-1186

Dear Judge Sitarski,

  Pursuant to the Court's order, ECF No. 25, Respondents report on the status of Petitioner Scott Bishop's pending state court proceedings. Petitioner's federal proceedings are stayed pending the conclusion of his PCRA proceedings. On June 9, 2026, the Superior Court affirmed the denial of Petitioner's PCRA petition. Petitioner has not filed a petiton for allowance of appeal to the Pennsylvania Supreme Court, and the Superior Court's decision became final on July 9, 2026. Petitioner has not filed anything else in state court. *See Commonwealth v. Bishop,* Nos. 183 EDA 2025, CP-51-CR-0003894-2015. As it appears that Petitioner's state-court proceedings are completed, Respondents' recommend that this matter should be re-opened in this Court. Please let me know if you require any additional information.

Respectfully submitted,

/s/

PETER F. ANDREWS
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov
(215) 686-8000

## CERTIFICATE OF SERVICE

I, Peter F. Andrews, hereby certify that on July 14, 2026, I served a copy of this response by placing it, first-class postage prepaid, in the United States mail addressed to:

> Mr. Scott Bishop[1]
> 40 East Armat Street, Apt. 201
> Philadelphia, PA 19144

/s/
_____
PETER F. ANDREWS
Supervisor, Federal Litigation Unit
Philadelphia District Attorney's Office
Three South Penn Square
Philadelphia, PA 19107
Email: peter.andrews@phila.gov
(215) 686-8000

---

[1] Respondents have confirmed with the PA Department of Probation and Parole that this is Mr. Bishop's current address, rather than the previous given address of 915 East Slocum Street, Philadelphia, PA 19150

3